**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



Mary Ann Whipple
United States Bankruptcy Judge

**Dated: May 4 2018**

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **In Re** | ) | Case No. 18-31423 |
| | ) | |
| Remington S. Clark | ) | Chapter 7 |
| | ) | |
| **Debtor(s)** | ) | **JUDGE MARY ANN WHIPPLE** |
| | ) | |

## ORDER TO SHOW CAUSE

This matter comes before the court on the failure of Debtor(s) to electronically file the **Signature Declaration Form** regarding electronic filing of documents which was due at case opening. For good cause shown, it is

**ORDERED** that Debtor(s) must either file the Signature Declaration Form no later than **May 9, 2018 by 4:00 p.m.** or appear before United States Bankruptcy Judge Mary Ann Whipple on **May 10, 2018 at 10:00 a.m.**, in **Courtroom No. 2, Room 103, United States Courthouse, 1716 Spielbusch Avenue, Toledo, Ohio**. Absent the Signature Declaration Form being filed, Counsel for Debtor(s) must appear in person at the hearing.

# # #