**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



Mary Ann Whipple
United States Bankruptcy Judge

Dated: May 4 2018

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **In Re** ) | Case No. 18-31423 |
| ) | |
| Remington S. Clark ) | Chapter 7 |
| ) | |
| **Debtor(s).** ) | **JUDGE MARY ANN WHIPPLE** |

## ORDER TO SHOW CAUSE

This matter comes before the court on the failure of Debtor to file the **Certificate of Credit Counseling.**

Credit counseling is required by 11 U.S.C. § 109(h)(1) as a condition of eligibility for an individual to be a debtor under Title 11, the United States Bankruptcy Code. As required, Debtor filed Part 5 with the petition. Debtor checked the first box on Part 5 (Question 15), stating that Debtor has received approved budget and credit counseling during the 180 day period preceding the commencement of the case. But Debtor must also file separately with the petition the certificate of completion from the agency as well as the plan developed by the approved agency, if any. 11 U.S.C. § 521(b); *see* Fed. R. Bankr. P. 1007(b)(3) and (c). The box Debtor checked on Part 5 (Question 15) also re-state this requirement. Debtor has not filed the separate certificate evidencing completion of the required pre-petition counseling. This is a material deficiency because it effects eligibility to be a debtor.

It is therefore

**ORDERED THAT DEBTOR(S) SHOW CAUSE** as to why the above named Chapter 7 case should not be dismissed for want of prosecution and lack of eligibility, by filing the **Certificate of Credit Counseling,** or by filing another response to this show cause order; and

It is **FURTHER ORDERED** that the **Certificate of Credit Counseling,** or other response to this Order to Show Cause must be **RECEIVED BY AND FILED WITH** the Office of the Clerk, United States Bankruptcy Court, 411 U.S. Courthouse, 1716 Spielbusch Avenue, Toledo, Ohio, 43624-1347, **NO LATER THAN MAY 18, 2018, OR THIS CASE WILL BE DISMISSED WITHOUT FURTHER NOTICE OR OPPORTUNITY FOR HEARING UNLESS CAUSE IS SHOWN AS PROVIDED BY THIS ORDER.**

# # #