| CO. | FILE | DEPT. | CLOCK | NUMBER | 056 |
|---|---|---|---|---|---|
| 2WN | 003539 | 022351 | | 0070209702 | 1 |

*DUREZ CORP-OH*
*13717 US HIGHWAY 68 SOUTH*
*KENTON, OH 43326*

# Earnings Statement

ADP

Period Beginning: 02/19/2018
Period Ending: 02/25/2018
Pay Date: 03/01/2018

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1,$10 Additional Tax
OH: 1,$10 Additional Tax

REMINGTON CLARK
530 1/2 WAYNE ST.
KENTON OH 43326

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Prem 3Rd | | | 17.60 | 132.00 |
| Reg 3Rd Shift | 13.0000 | 16.00 | 208.00 | 1,560.00 |
| Regular | | | | 442.00 |
| Tobacco Credit | | | | 10.83 |
| Gross Pay | | | $225.60 | 2,144.83 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -17.47 | 194.66 |
| | Social Security Tax | -13.99 | 129.89 |
| | Medicare Tax | -3.27 | 30.38 |
| | OH State Income Tax | -12.06 | 87.11 |
| | Kenton Income Tax | -3.38 | 31.42 |
| | Ohio School Tax | -2.13 | 20.33 |
| | **Other** | | |
| | Dental | | 6.75 |
| | Ee Opt Life | | 1.25 |
| | Ltd Insurance | | 1.68 |
| | Medical | | 41.10 |
| | Opt Life Child | | 0.23 |
| | Opt Life Spse | | 0.34 |
| | Vadd Insurance | | 2.81 |
| | Vision | | 2.24 |
| | Net Pay | $173.30 | |
| | Net Check | $173.30 | |

Your federal taxable wages this period are $225.60

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 0.06 | 0.30 |
| 401K Max Elig/C | 208.00 | 2,002.00 |

©1998, 2006, ADP, LLC All Rights Reserved.

TEAR HERE

| CO. | FILE | DEPT. | CLOCK | NUMBER | 056 |
|---|---|---|---|---|---|
| 2WN | 003539 | 022351 | | 0070212508 | 1 |

# Earnings Statement

ADP

*DUREZ CORP-OH*
*13717 US HIGHWAY 68 SOUTH*
*KENTON, OH 43326*

Period Beginning: 02/26/2018
Period Ending: 03/04/2018
Pay Date: 03/08/2018

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1,$10 Additional Tax
OH: 1,$10 Additional Tax

REMINGTON CLARK
530 1/2 WAYNE ST.
KENTON OH 43326

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Prem 3Rd | | | 44.00 | 176.00 |
| Reg 3Rd Shift | 13.0000 | 40.00 | 520.00 | 2,080.00 |
| Regular | | | | 442.00 |
| Tobacco Credit | | | | 10.83 |
| Gross Pay | | | $564.00 | 2,708.83 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -55.90 | 250.56 |
| | Social Security Tax | -34.97 | 164.86 |
| | Medicare Tax | -8.18 | 38.56 |
| | OH State Income Tax | -21.99 | 109.10 |
| | Kenton Income Tax | -8.46 | 39.88 |
| | Ohio School Tax | -5.52 | 25.85 |
| | **Other** | | |
| | Dental | | 6.75 |
| | Ee Opt Life | | 1.25 |
| | Ltd Insurance | | 1.68 |
| | Medical | | 41.10 |
| | Opt Life Child | | 0.23 |
| | Opt Life Spse | | 0.34 |
| | Vadd Insurance | | 2.81 |
| | Vision | | 2.24 |
| | Net Pay | $428.98 | |
| | Net Check | $428.98 | |

Your federal taxable wages this period are $564.00

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 0.06 | 0.36 |
| 401K Max Elig/C | 520.00 | 2,522.00 |

©1998, 2006, ADP, LLC. All Rights Reserved.

TEAR HERE

004135

| CO. | FILE | DEPT. | CLOCK | NUMBER | 056 |
|---|---|---|---|---|---|
| 2WN | 003539 | 022351 | | 0070214914 | 1 |

# Earnings Statement

ADP

*DUREZ CORP-OH*
*13717 US HIGHWAY 68 SOUTH*
*KENTON, OH 43326*

Period Beginning: 03/05/2018
Period Ending: 03/11/2018
Pay Date: 03/15/2018

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1,$10 Additional Tax
OH: 1,$10 Additional Tax

REMINGTON CLARK
530 1/2 WAYNE ST.
KENTON OH 43326

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Prem 2Nd | | | 32.00 | 32.00 |
| Reg 2Nd Shift | 16.5200 | 32.00 | 528.64 | 528.64 |
| Sun 2Nd | | | 32.00 | 32.00 |
| Sun 2Nd Shift | 16.5200 | 8.00 | 132.16 | 132.16 |
| Regular | | | | 442.00 |
| Prem 3Rd | | | | 176.00 |
| Reg 3Rd Shift | | | | 2,080.00 |
| Tobacco Credit | | | | 10.83 |
| **Gross Pay** | | | **$724.80** | 3,433.63 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -75.20 | 325.76 |
| | Social Security Tax | -44.96 | 209.82 |
| | Medicare Tax | -10.51 | 49.07 |
| | OH State Income Tax | -27.36 | 136.46 |
| | Kenton Income Tax | -10.88 | 50.76 |
| | Ohio School Tax | -7.12 | 32.97 |
| | **Other** | | |
| | Dental | | 6.75 |
| | Ee Opt Life | | 1.25 |
| | Ltd Insurance | | 1.68 |
| | Medical | | 41.10 |
| | Opt Life Child | | 0.23 |
| | Opt Life Spse | | 0.34 |
| | Vadd Insurance | | 2.81 |
| | Vision | | 2.24 |
| | **Net Pay** | **$548.77** | |

**Net Check $548.77**

Your federal taxable wages this period are $724.80

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 0.26 | 0.62 |
| 401K Max Elig/C | 660.80 | 3,182.80 |

## Important Notes

YOUR HOURLY RATE HAS BEEN CHANGED FROM 13.0000 TO 16.5200.

©1998, 2006, ADP, LLC All Rights Reserved.

TEAR HERE

| 003839 CO. | FILE | DEPT. | CLOCK | NUMBER | 056 |
|---|---|---|---|---|---|
| 2WN | 003539 | 022351 | | 0070217205 | 1 |

# Earnings Statement

ADP

*DUREZ CORP-OH*
*13717 US HIGHWAY 68 SOUTH*
*KENTON, OH 43326*

Period Beginning: 03/12/2018
Period Ending: 03/18/2018
Pay Date: 03/22/2018

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1,$10 Additional Tax
OH: 1,$10 Additional Tax

REMINGTON CLARK
530 1/2 WAYNE ST.
KENTON OH 43326

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Prem 2Nd | | | 16.00 | 48.00 |
| Prem 3Rd | | | 17.60 | 193.60 |
| Reg 2Nd Shift | 16.5200 | 16.00 | 264.32 | 792.96 |
| Reg 3Rd Shift | 16.5200 | 16.00 | 264.32 | 2,344.32 |
| Regular | | | | 442.00 |
| Sun 2Nd | | | | 32.00 |
| Sun 2Nd Shift | | | | 132.16 |
| Tobacco Credit | | | | 10.83 |
| Gross Pay | | | $562.24 | 3,995.87 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -55.69 | 381.45 |
| | Social Security Tax | -34.87 | 244.69 |
| | Medicare Tax | -8.16 | 57.23 |
| | OH State Income Tax | -21.93 | 158.39 |
| | Kenton Income Tax | -8.44 | 59.20 |
| | Ohio School Tax | -5.50 | 38.47 |
| | **Other** | | |
| | Dental | | 6.75 |
| | Ee Opt Life | | 1.25 |
| | Ltd Insurance | | 1.68 |
| | Medical | | 41.10 |
| | Opt Life Child | | 0.23 |
| | Opt Life Spse | | 0.34 |
| | Vadd Insurance | | 2.81 |
| | Vision | | 2.24 |
| | Net Pay | $427.65 | |

| Net Check | $427.65 |
|---|---|

Your federal taxable wages this period are $562.24

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 0.26 | 0.88 |
| 401K Max Elig/C | 528.64 | 3,711.44 |

©1998, 2006. ADP, LLC All Rights Reserved.

TEAR HERE

002873
CO. FILE DEPT. CLOCK NUMBER 056
**2WN** 003539 022351 0070219500 1

# Earnings Statement

ADP

*DUREZ CORP-OH*
*13717 US HIGHWAY 68 SOUTH*
*KENTON, OH 43326*

Period Beginning: 03/19/2018
Period Ending: 03/25/2018
Pay Date: 03/29/2018

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1,$10 Additional Tax
OH: 1,$10 Additional Tax

**REMINGTON CLARK**
**530 1/2 WAYNE ST.**
**KENTON OH 43326**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.5200 | 8.00 | 132.16 | 574.16 |
| Overtime | 24.7800 | 1.00 | 24.78 | 24.78 |
| Prem 3Rd | | | 35.20 | 228.80 |
| Reg 3Rd Shift | 16.5200 | 32.00 | 528.64 | 2,872.96 |
| Sun Ot Prm 1 | | | 32.00 | 32.00 |
| Sun Ot 1St | 16.5200 | 8.00 | 198.24 | 198.24 |
| Prem 2Nd | | | | 48.00 |
| Reg 2Nd Shift | | | | 792.96 |
| Sun 2Nd | | | | 32.00 |
| Sun 2Nd Shift | | | | 132.16 |
| Tobacco Credit | | | | 10.83 |
| **Gross Pay** | | | **$951.02** | 4,946.89 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -107.92 | 489.37 |
| | Social Security Tax | -58.98 | 303.67 |
| | Medicare Tax | -13.79 | 71.02 |
| | OH State Income Tax | -35.85 | 194.24 |
| | Kenton Income Tax | -14.27 | 73.47 |
| | Ohio School Tax | -9.39 | 47.86 |
| | **Other** | | |
| | Dental | | 6.75 |
| | Ee Opt Life | | 1.25 |
| | Ltd Insurance | | 1.68 |
| | Medical | | 41.10 |
| | Opt Life Child | | 0.23 |
| | Opt Life Spse | | 0.34 |

| Other | this period | year to date |
|---|---|---|
| Vadd Insurance | | 2.81 |
| Vision | | 2.24 |
| **Net Pay** | **$710.82** | |
| **Net Check** | **$710.82** | |

Your federal taxable wages this period are $951.02

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 0.26 | 1.14 |
| 401K Max Elig/C | 660.80 | 4,372.24 |

©1998, 2006, ADP, LLC All Rights Reserved.

TEAR HERE

002750
CO. FILE DEPT. CLOCK NUMBER 056
2WN 003539 022351 0070221553 1

# Earnings Statement

ADP

*DUREZ CORP-OH*
*13717 US HIGHWAY 68 SOUTH*
*KENTON, OH 43326*

Period Beginning: 03/26/2018
Period Ending: 04/01/2018
Pay Date: 04/05/2018

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1,$10 Additional Tax
OH: 1,$10 Additional Tax

REMINGTON CLARK
530 1/2 WAYNE ST.
KENTON OH 43326

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.5200 | 8.00 | 132.16 | 706.32 |
| Prem 3Rd | | | 35.20 | 264.00 |
| Reg 3Rd Shift | 16.5200 | 32.00 | 528.64 | 3,401.60 |
| Overtime | | | | 24.78 |
| Prem 2Nd | | | | 48.00 |
| Reg 2Nd Shift | | | | 792.96 |
| Sun Ot Prm 1 | | | | 32.00 |
| Sun Ot 1St | | | | 198.24 |
| Sun 2Nd | | | | 32.00 |
| Sun 2Nd Shift | | | | 132.16 |
| Tobacco Credit | | | | 10.83 |
| | Gross Pay | | $696.00 | 5,642.89 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -71.74 | 561.11 |
| | Social Security Tax | -43.17 | 346.84 |
| | Medicare Tax | -10.10 | 81.12 |
| | OH State Income Tax | -26.40 | 220.64 |
| | Kenton Income Tax | -10.44 | 83.91 |
| | Ohio School Tax | -6.84 | 54.70 |
| | **Other** | | |
| | Dental | | 6.75 |
| | Ee Opt Life | | 1.25 |
| | Ltd Insurance | | 1.68 |
| | Medical | | 41.10 |
| | Opt Life Child | | 0.23 |
| | Opt Life Spse | | 0.34 |

| Other | this period | year to date |
|---|---|---|
| Vadd Insurance | | 2.81 |
| Vision | | 2.24 |
| Net Pay | $527.31 | |
| Net Check | $527.31 | |

Your federal taxable wages this period are $696.00

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 0.26 | 1.40 |
| 401K Max Elig/C | 660.80 | 5,033.04 |

©1998, 2006, ADP, LLC All Rights Reserved.

TEAR HERE

| 003363 CO. | FILE | DEPT. | CLOCK | NUMBER | 056 |
|---|---|---|---|---|---|
| 2WN | 003539 | 022351 | | 0070225121 | 1 |

# Earnings Statement

*DUREZ CORP-OH*
*13717 US HIGHWAY 68 SOUTH*
*KENTON, OH 43326*

Period Beginning: 04/02/2018
Period Ending: 04/08/2018
Pay Date: 04/12/2018

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1,$10 Additional Tax
OH: 1,$10 Additional Tax

**REMINGTON CLARK**
**530 1/2 WAYNE ST.**
**KENTON OH 43326**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.5200 | 40.00 | 660.80 | 1,367.12 |
| Overtime | | | | 24.78 |
| Prem 2Nd | | | | 48.00 |
| Prem 3Rd | | | | 264.00 |
| Reg 2Nd Shift | | | | 792.96 |
| Reg 3Rd Shift | | | | 3,401.60 |
| Sun Ot Prm 1 | | | | 32.00 |
| Sun Ot 1St | | | | 198.24 |
| Sun 2Nd | | | | 32.00 |
| Sun 2Nd Shift | | | | 132.16 |
| Tobacco Credit | | | | 10.83 |
| **Gross Pay** | | | **$660.80** | 6,303.69 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -67.52 | 628.63 |
| | Social Security Tax | -40.99 | 387.83 |
| | Medicare Tax | -9.58 | 90.70 |
| | OH State Income Tax | -25.22 | 245.86 |
| | Kenton Income Tax | -9.92 | 93.83 |
| | Ohio School Tax | -6.48 | 61.18 |
| | **Other** | | |
| | Dental | | 6.75 |
| | Ee Opt Life | | 1.25 |
| | Ltd Insurance | | 1.68 |
| | Medical | | 41.10 |
| | Opt Life Child | | 0.23 |
| | Opt Life Spse | | 0.34 |

| Other | this period | year to date |
|---|---|---|
| Vadd Insurance | | 2.81 |
| Vision | | 2.24 |
| **Net Pay** | **$501.09** | |
| **Net Check** | **$501.09** | |

Your federal taxable wages this period are $660.80

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 0.26 | 1.66 |
| 401K Max Elig/C | 660.80 | 5,693.84 |

©1998, 2006, ADP, LLC All Rights Reserved.

TEAR HERE

| 002050 CO. | FILE | DEPT. | CLOCK NUMBER | 056 |
|---|---|---|---|---|
| 2WN | 003539 | 022351 | 0070227657 | 1 |

# Earnings Statement

ADP

*DUREZ CORP-OH*
*13717 US HIGHWAY 68 SOUTH*
*KENTON, OH 43326*

Period Beginning: 04/09/2018
Period Ending: 04/15/2018
Pay Date: 04/19/2018

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1,$10 Additional Tax
OH: 1,$10 Additional Tax

REMINGTON CLARK
530 1/2 WAYNE ST.
KENTON OH 43326

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Prem 2Nd | | | 24.00 | 72.00 |
| Reg 2Nd Shift | 16.5200 | 24.00 | 396.48 | 1,189.44 |
| Sun 2Nd | | | 32.00 | 64.00 |
| Sun 2Nd Shift | 16.5200 | 8.00 | 132.16 | 264.32 |
| Regular | | | | 1,367.12 |
| Overtime | | | | 24.78 |
| Prem 3Rd | | | | 264.00 |
| Reg 3Rd Shift | | | | 3,401.60 |
| Sun Ot Prm 1 | | | | 32.00 |
| Sun Ot 1St | | | | 198.24 |
| Tobacco Credit | | | | 10.83 |
| **Gross Pay** | | | **$584.64** | 6,888.33 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -58.38 | 687.01 |
| | Social Security Tax | -36.26 | 424.09 |
| | Medicare Tax | -8.48 | 99.18 |
| | OH State Income Tax | -22.68 | 268.54 |
| | Kenton Income Tax | -8.77 | 102.60 |
| | Ohio School Tax | -5.72 | 66.90 |
| | **Other** | | |
| | Dental | | 6.75 |
| | Ee Opt Life | | 1.25 |
| | Ltd Insurance | | 1.68 |
| | Medical | | 41.10 |
| | Opt Life Child | | 0.23 |
| | Opt Life Spse | | 0.34 |

| Other | this period | year to date |
|---|---|---|
| Vadd Insurance | | 2.81 |
| Vision | | 2.24 |
| **Net Pay** | **$444.35** | |
| **Net Check** | **$444.35** | |

Your federal taxable wages this period are $584.64

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 0.26 | 1.92 |
| 401K Max Elig/C | 528.64 | 6,222.48 |

©1998, 2006 ADP, LLC. All Rights Reserved

TEAR HERE

| CO. | FILE | DEPT. | CLOCK NUMBER | 056 |
|---|---|---|---|---|
| 2WN | 003539 | 022351 | 0070230514 | 1 |

# Earnings Statement

ADP

*DUREZ CORP-OH*
*13717 US HIGHWAY 68 SOUTH*
*KENTON, OH 43326*

Period Beginning: 04/16/2018
Period Ending: 04/22/2018
Pay Date: 04/26/2018

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1,$10 Additional Tax
OH: 1,$10 Additional Tax

REMINGTON CLARK
530 1/2 WAYNE ST.
KENTON OH 43326

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Overtime | 24.7800 | 4.00 | 99.12 | 123.90 |
| Ot Prem 2Nd | | | 1.50 | 1.50 |
| Ot 2Nd Shift | 16.5200 | 1.00 | 24.78 | 24.78 |
| Prem 2Nd | | | 16.00 | 88.00 |
| Prem 3Rd | | | 8.80 | 272.80 |
| Reg 2Nd Shift | 16.5200 | 16.00 | 264.32 | 1,453.76 |
| Reg 3Rd Shift | 16.5200 | 8.00 | 132.16 | 3,533.76 |
| Sun Prem 3Rd | | | 32.80 | 32.80 |
| Sun 3Rd Shift | 16.5200 | 8.00 | 132.16 | 132.16 |
| Regular | | | | 1,367.12 |
| Sun Ot Prm 1 | | | | 32.00 |
| Sun Ot 1St | | | | 198.24 |
| Sun 2Nd | | | | 64.00 |
| Sun 2Nd Shift | | | | 264.32 |
| Tobacco Credit | | | | 10.83 |
| | Gross Pay | | $711.64 | 7,599.97 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -73.62 | 760.63 |
| | Social Security Tax | -44.14 | 468.23 |
| | Medicare Tax | -10.32 | 109.50 |
| | OH State Income Tax | -26.92 | 295.46 |
| | Kenton Income Tax | -10.68 | 113.28 |
| | Ohio School Tax | -6.99 | 73.89 |
| | **Other** | | |
| | Dental | | 6.75 |
| | Ee Opt Life | | 1.25 |

| Other | this period | year to date |
|---|---|---|
| Ltd Insurance | | 1.68 |
| Medical | | 41.10 |
| Opt Life Child | | 0.23 |
| Opt Life Spse | | 0.34 |
| Vadd Insurance | | 2.81 |
| Vision | | 2.24 |
| Net Pay | $538.97 | |
| Net Check | $538.97 | |

Your federal taxable wages this period are $711.64

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 0.26 | 2.18 |
| 401K Max Elig/C | 528.64 | 6,751.12 |

©1998, 2006. ADP, LLC All Rights Reserved.

TEAR HERE