```
                            United States Bankruptcy Court
                             Northern District of Ohio
In re:                                                         Case No. 18-31423-maw
Remington S. Clark                                             Chapter 7
        Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0647-3         User: amari              Page 1 of 1         Date Rcvd: May 21, 2018
                             Form ID: pdf752          Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2018.
db             +Remington S. Clark,    530 1/2 N. Wayne Street,    Kenton, OH 43326-1340

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 21 2018 23:03:13
                PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2018                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2018 at the address(es) listed below:
              Bruce C. French    brucecfrench@earthlink.net,
               bcfrench@woh.rr.com;bcf@trustesolutions.com;BCF@trustesolutions.net
              Quentin M. Derryberry, II    on behalf of Debtor Remington S. Clark qlaw@ureach.com,
               qdlawfirm@gmail.com
                                                                                             TOTAL: 2

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



_Mary Ann Whipple_
United States Bankruptcy Judge

**Dated: May 21 2018**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 18-31423 |
| | ) | |
| Remington S. Clark | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | |
| | ) | JUDGE MARY ANN WHIPPLE |

## ORDER VACATING HEARING

The court entered an order on May 4, 2018, setting the this case for hearing on May 22, 2018, at 1:30 p.m. due to discrepancies in documents reflecting balance of attorney's fees paid at the time of filing. Debtors' counsel has now filed an Amended Disclosure of Compensation [Doc #15]. The court's concerns having been alleviated, this hearing will no longer be necessary.

Therefore, good cause appearing,

**IT IS ORDERED** that the hearing scheduled on May 22, 2018, at 1:30 p.m. is hereby **VACATED**.

###